UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHAWN H. PREBLE, : | |
| : | Civil Action No.: 3:19-cv-02019 (VAB) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| HARTFORD LIFE AND : | |
| ACCIDENT INSURANCE COMPANY, : | APRIL 22, 2020 |
| : | |
| Defendant. : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff and the Defendant in the above-captioned case hereby stipulate to a dismissal of this action with prejudice, each party to bear their own attorneys' fees, costs and expenses.

Plaintiff's counsel has reviewed this stipulation and has authorized Defendant's counsel to file it jointly.

| **PLAINTIFF,** | **DEFENDANT,** |
|---|---|
| **SHAWN H. PREBLE** | **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** |
| By: */s/ Iván A. Ramos*_____ | By: */s/ Jean E. Tomasco*_____ |
| Iván A. Ramos (ct14122) | Jean E. Tomasco (ct09635) |
| ivan@ramosdisability.com | jtomasco@rc.com |
| RamosLaw | Robinson & Cole LLP |
| 255 Main Street, Suite 401 | 280 Trumbull Street |
| Hartford, CT  06106 | Hartford, CT  06103 |
| Tel. No.  (860) 519-5242 | Tel. No. (860) 275-8200 |
| Fax. No. (860) 838-6403 | Fax No. (860) 275-8299 |

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 22, 2020 this document has been filed through the ECF system. It will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        /s/ *Jean E. Tomasco*
        Jean E. Tomasco